UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| GENARO ORTIZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., as successor by merger to WELLS FARGO BANK SOUTHWEST, N.A. f/k/a WACHOVIA MORTGAGE, FSB A DIVISION OF WELLS FARGO BANK, N.A. f/k/a WORLD SAVIVINGS BANK, FSB; NDEX WEST, LLC, a Delaware Corporation; and DOES 1 through 100 Inclusive.<br><br>Defendants. | Case No.:  11CV03801-LHK<br><br>[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)<br><br>Judge:  Hon. Lucy H. Koh<br>Magistrate Judge: Paul Singh Grewal<br><br>Date Removed:  August 2, 2011<br><br>Trial Date:  None Set |

THIS MATTER came before the Court to be considered.  The Court accepts the request and finds that the case should be dismissed.

IT IS THEREFORE ORDERED the case be dismissed without prejudice.

1

[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)

All attorneys' fees and costs of court are to be borne by the party that incurred them.

Dated: October 18, 2011

*Lucy H. Koh*
Honorable