1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNA

12 | GENARO ORTIZ, individually,

| Case No.:  11CV03801-LHK

13

~~[PROPOSED]~~ ORDER FOR  VOLUNTARY

Plaintiff,

**DISMISSAL WITHOUT PREJUDICE**

14

**PURSUANT TO FEDERAL RULE OF**

15 | vs.

**CIVIL PROCEDURE 41(a)(1)(i)**

16 | WELLS FARGO BANK, N.A., as successor
by merger to WELLS FARGO BANK

17 | SOUTHWEST, N.A. f/k/a WACHOVIA
MORTGAGE, FSB A DIVISION OF WELLS

| Judge:  Hon. Lucy H. Koh
Magistrate Judge: Paul Singh Grewal

18 | FARGO BANK, N.A. f/k/a WORLD
SAVIVINGS BANK, FSB; NDEX WEST,

| Date Removed:  August 2, 2011

19 | LLC, a Delaware Corporation; and DOES 1
through 100 Inclusive.

| Trial Date:  None Set

20

21 | Defendants.

22

23

24

25        THIS MATTER came before the Court to be considered.  The Court accepts the request

26 | and finds that the case should be dismissed.

27        IT IS THEREFORE ORDERED the case be dismissed without prejudice.

28

1

1    All attorneys' fees and costs of court are to be borne by the party that incurred them.

2

3   Dated: October 18, 2011

4                                          *Lucy H. Koh*

5                                          Honorable

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)